No. 04–6390.  MARTINEZ-JARAMILLO v. GONZALES, ATTORNEY GENERAL, 543 U. S. 1154;

No. 04–6713.  NUNES v. GONZALES, ATTORNEY GENERAL, 543 U. S. 1188;

No. 04–7430.  CONNER v. MCBRIDE, SUPERINTENDENT, MAXIMUM CONTROL FACILITY, 543 U. S. 1189;

No. 04–7580.  GERBER v. CAMP HOPE CHILDREN'S BIBLE FELLOWSHIP OF NEW YORK, INC., 543 U. S. 1159;

No. 04–7591.  BEY v. YOUNG, WARDEN, 543 U. S. 1160;

No. 04–7952.  LUCZAK v. MOTE, WARDEN, 543 U. S. 1191;

No. 04–8139.  COPLIN v. UNITED STATES, 543 U. S. 1174;

No. 04–8166.  GONZALEZ LORA v. UNITED STATES, 543 U. S. 1174;

No. 04–8237.  PASTER v. UNITED STATES, 543 U. S. 1176; and

No. 04–8586.  HAMMER v. TRENDL, *ante*, p. 933.  Petitions for rehearing denied.

APRIL 26, 2005

No. 04–9765 (04A903).  JONES v. MISSOURI.  Sup. Ct. Mo.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

No. 04–9817 (04A912).  JONES v. PURKETT, SUPERINTENDENT, EASTERN RECEPTION, DIAGNOSTIC AND CORRECTIONAL CENTER. Sup. Ct. Mo.  Application for stay of execution of sentence. of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Certiorari denied.

No. 04–9848 (04A917).  JONES v. CRAWFORD, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

APRIL 28, 2005

No. 04M73 (04A923).  CENTOBIE v. CAMPBELL, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Motion for leave to